# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00328-GCM

**TAMINA BROWN,**

    **Plaintiff,**

v.                                          **ORDER**

**ANDREW M. SAUL,**

    **Defendant.**

      This action being submitted to the Court for entry of a Consent Order agreed to by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,900.00, in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d) (2018). Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(1).

      It is therefore **ORDERED** that the Judgment Fund by the U.S. Department of Treasury pay to Plaintiff's counsel $400.00 in costs and that the Commissioner of Social Security pay to Plaintiff the sum of $4,900.00 in attorney fees, and upon the payment of such sums this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**SO ORDERED**.

Signed: July 27, 2021

Graham C. Mullen
United States District Judge