IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:20-CV-328-GCM

| TAMINA BROWN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) |  |
| Defendant. | ) |  |

Plaintiff's counsel filed a motion for approval of attorney's fees under § 406(b) of the Social Security Act, in the amount of $10,000.00. Plaintiff's counsel was previously awarded fees in the amount of $4,900.00 (Doc. No. 24). The SSA subsequently awarded the Plaintiff past-due benefits in the amount of $96,472.00, prompting counsel to file this second motion for fees. Defendant filed a response neither supporting nor opposing the fee request, but stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee. After considering the factors identified by the Fourth Circuit in *Mudd v. Barnhart*, 418 F.3d 424, 428 (4th Cir. 2005), the Court finds the fees requested to be reasonable.

IT IS THEREFORE ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $10,000.00.

Signed: October 15, 2024

Graham C. Mullen
United States District Judge